Henry F. Edinger, Respondent, v. Mary E. Shanahan, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that there is sufficient proof that the delay in bringing the case on for trial was waived by the stipulation of the defendant's counsel to try the case on a day certain. All concur.

Addie H. Rhodes, Respondent, Appellant. v. Ocean Accident and Guarantee Corporation, Limited, Respondent, Appellant.— Order affirmed, without costs of this appeal to either party. All concur.

Eleanor A. Fels, Appellant, v. F. W. Woolworth Company, Respondent.— Order modified, and as modified affirmed, without costs of this appeal to either party. All concur.

Mary A. May, as Administratrix, etc., of Guy May, Deceased, Respondent, v. City of Buffalo, Appellant, and Buffalo General Electric Company, Defendant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Crosby, J., who dissents and votes for reversale on the law and facts, on the ground that the finding of the jury that the decedent was free from contributory negligence is contrary to and against the weight of the evidence.

In the Matter of the Estate of Annie Pickard, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur.

Rebecca Bernstein, Respondent, v. Bestrest Mattress Corporation, Defendant, Impleaded with Reuben Gordon and Another, Appellants.— Judgment affirmed, with costs. All concur.

Ernest Liechti, as Administrator, etc., of Ida Liechti, Deceased, Respondent, v. Nash Sales Company of Syracuse, Incorporated, Appellant, and Charles Durett, Defendant.— Judgment and order affirmed, with costs. All concur.

Columbia Graphophone Company, Appellant, v. Charles E. Dickinson, Respondent.— Judgment affirmed, with costs. All concur.

Ontario Mortgage Corporation, Respondent, v. Russell Grimes and Another, Defendants, and Della Waterbury, Appellant.— Judgment affirmed, with costs. All concur.

The Continental Bank and Trust Company of New York, as Successor Trustee, under a Certain Mortgage or Deed of Trust, etc., Made by Tandler Realty Corporation, Appellant, v. Tandler Realty Corporation and Others, Defendants; George E. Varcoe, Appearing Specially, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

P. F. Scheidelman and Sons, Incorporated, Respondent, v. Webster Basket Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. [143 Misc. 836.]

Helga A. Schutt, as Limited Administrator, etc., of Willard L. Schutt, Deceased, Appellant, v. Town of Greece, Respondent. Juanita W. Jack, as Limited Administrator, etc., of Wilbur C. Jack, Deceased, Appellant, v. Town of Greece, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Lloyd S. Graham, Respondent, v. Buffalo General Laundries Corporation and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 235 App. Div. 246.]